UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mbuyu David Kyingu

        *Plaintiff*            )
        v.                               )    Civil Action No. 3:20cv703
                                       )
Progressive Southeastern Insurance Company   )
Novant Health Hospital                       )
Kelly Kelly Diep                               )
Thien Quang Diep                            )
                                       )
        *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Progressive Southeastern Insurance Company
    6701 Carmel Road Suite 415
    Charlotte, NC 28226

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mbuyu David Kyingu
    2511 Finchley Drive Apt 208
    Charlotte, NC 28215

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                                               Server's signature

                                                         _____
                                                                        Printed name and title

                                                          _____
                                                                          Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Mbuyu David Kyingu

       *Plaintiff*  )
       v. )    Civil Action No. 3:20CV703
  )
Progressive Southeastern Insurance Company )
Novant Health Hospital )
Kelly Kelly Diep )
Thien Quang Diep )
  )
       *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Kelly Kelly Diep
    1746 Birchcrest Dr
    Charlotte, NC 28205

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mbuyu David Kyingu
    2511 Finchley Drive Apt 208
    Charlotte, NC 28215

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

                                                       Server's signature

                                                       Printed name and title

                                                       Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mbuyu David Kyingu

      *Plaintiff*
      v.

Progressive Southeastern Insurance Company
Novant Health Hospital
Kelly Kelly Diep
Thien Quang Diep

      *Defendant*

Civil Action No. 3:20CV703

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Thgien Quang Diep
1746 Birchcrest Dr
Charlotte, NC 28205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mbuyu David Kyingu
2511 Finchley Drive Apt 208
Charlotte, NC 28215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏   I returned the summons unexecuted because _____ ; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

                                                                   _____
                                                                            **Server's signature**

                                                                  _____
                                                                 **Printed name and title**

                                                                 _____
                                                                            **Server's address**

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mbuyu David Kyingu

|  |  |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:20 cv 703 |
| ) | |
| Progressive Southeastern Insurance Company ) | |
| Novant Health Hospital ) | |
| Kelly Kelly Diep ) | |
| Thien Quang Diep ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Novant Health ( Hospital Presbitherian)
200 Hawthorne lane
Charlotte , NC 28204

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you** (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mbuyu David Kyingu
2511 Finchley Drive Apt 208
Charlotte, NC 28215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at
(place)_____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                    **Server's signature**

                                   _____
                                                    **Printed name and title**

                                   _____
                                                    **Server's address**

Additional information regarding attempted service, etc: